**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 00-11333
Summary Calendar
_____

CARLOS M. RODRIGUEZ,

Plaintiff-Appellant,

VERSUS

WALKER PATTERN & MOLD, INC.; RONALD P. VECCHIO,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Northern District of Texas

(4:00-CV-802-Y)

_____

December 6, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

Carlos M. Rodriguez appeals the district court's orders temporarily staying all proceedings and administratively closing this case. We lack jurisdiction over this appeal, as the orders appealed from are neither final decisions, 28 U.S.C. § 1291, nor appealable collateral orders. _Cohen v. Beneficial Industrial Loan Corp._, 337 U.S. 541 (1949).

APPEAL DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.